UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                                  :

KATHERINE MARCANO,                                 :

                           Plaintiff,                   :
                                                                   :               23-CV-201 (JMF)
                   -v-                                         :
                                                                    :                    ORDER

SCHINDLER ELEVATOR CORPORATION,       :

                          Defendant.              :
                                                                       :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As discussed at today's telephone conference, Defendant shall file its motion for summary judgment no later than **May 13, 2024**. Plaintiff shall file her opposition no later than **June 13, 2024**, and Defendant shall file any reply no later than **June 27, 2024.**

      SO ORDERED.

Dated: May 2, 2024
       New York, New York

                                                    _____
                                                          JESSE M. FURMAN
                                                 United States District Judge