UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
KATHERINE MARCANO,                                                 :
:
Plaintiff,                                                         :
:                          23-CV-201 (JMF)
-v-                                                                :
:                          ORDER
SCHINDLER ELEVATOR CORPORATION,                                    :
:
Defendant.                                                         :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today, discovery is hereby

REOPENED for the following limited purposes:

- Within **one week of this order**, Plaintiff shall provide Defendant with any and all supplemental medical records necessary to evaluate Plaintiff's medical condition and state of treatment since the close of discovery. To that end, Defendant shall provide Plaintiff with a letter specifying any records it seeks **by tomorrow**.

- Defendant may redepose Plaintiff for a period **not to exceed two hours** on the subject of her care since the close of discovery, including her shoulder surgery.

- Defendant may conduct an IME of Plaintiff and may depose Dr. Touliopoulos for a period **not to exceed three hours**.

- The depositions and IME — i.e., all further discovery — shall be completed by **January 17, 2025**.

- The deadline for the parties' Joint Pretrial Order is extended until **January 31, 2025**.

SO ORDERED.

Dated: December 5, 2024
       New York, New York                              _____
                                                       JESSE M. FURMAN
                                                       United States District Judge